IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GILBERT ROBLES HERNANDEZ, JR., AKA GILBERT ROBLES, JR., <br><br>　　　　Petitioner.　　　　　　／ | Nos. C 12-1278 CW (PR)<br>　　　 C 12-1411 CW (PR)<br>JUDGMENT |

　　Pursuant to the dismissal Order signed today, the petitions are DISMISSED without prejudice.  The Clerk of the Court shall close the files.

　　IT IS SO ORDERED.

Dated: 4/11/2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE